GREGORY S. GILCHRIST (State Bar No. 111536)
RYAN BRICKER (Cal. Bar No. 269100)
SOPHY TABANDEH (Cal. Bar No. 287583)
KOURTNEY SPEER (Cal. Bar No. 348243)
VERSO LAW GROUP LLP
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
Telephone: (415) 534-0495
Email: greg.gilchrist@versolaw.com
    ryan.bricker@versolaw.com
    sophy.tabandeh@versolaw.com
    kourtney.speer@versolaw.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> LAMBRETTA LICENSING LTD., <br><br> Defendants. | Case No. 5:26-cv-00716-NW <br><br> **STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO (1) PERMIT PLAINTIFF TO FILE LATE OPPOSITION TO MOTION TO SET ASIDE DEFAULT AND (2) CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> CMC Hearing Date:  April 28, 2026 <br> Time:  9:00 a.m. <br> Judge:  Hon. Noel Wise |

Plaintiff Levi Strauss & Co. ("LS&Co.") and Defendant Lambretta Licensing Ltd. ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on March 20, 2023, Defendant filed a Motion to Set Aside Default ("Motion") (Dkt. 15);

WHEREAS, on March 23, 2026, the Clerk subsequently vacated the hearing on Defendant's Motion (Dkt. 13);

WHEREAS, due to an inadvertent calendaring error, LS&Co. did not file its opposition by the

STIPULATED REQUEST AND [PROPOSED] ORDER TO FILE
LATE OPPOSITION AND CONTINUE CMC                                                      - 1 -
Case No. 5:26-cv-00716-NW

April 3, 2026 deadline;

WHEREAS, LS&Co. seeks a brief extension to file its opposition to Defendant's Motion on April 16, 2026, and Defendant does not oppose such relief;

WHEREAS, the Parties agree that permitting LS&Co. to file its opposition on April 16, 2026, will not prejudice any party or impact the Court's consideration of the Motion, particularly as no hearing date is currently set;

WHEREAS, the Case Management Conference ("CMC") is currently scheduled for April 28, 2026, at 9:00 a.m., and the Parties' joint CMC statement is due on April 10, 2026;

WHEREAS, in light of the pending Motion and to promote efficiency, the Parties agree that brief continuance of the CMC is appropriate;

WHEREAS, this is the first request for a continuance in this case. The requested continuance would not affect the Court's case management schedule as no case schedule has yet been entered.

NOW, THEREFORE, IT IS HEREBY STIPUALTED AND AGREED, subject to the Court's approval that:

1. LS&Co. may file its opposition to Defendant's Motion to Set Aside Default on or before April 16, 2026.

2. Defendant's reply to Defendant's Motion to Set Aside Default will be due April 23, 2026, or as otherwise set by the Court.

3. The Case Management Conference, currently set for April 28, 2026, at 9:00 a.m., shall be continued to a date convenient for the Court, no earlier than May 25, 2026, and the deadline to file the joint CMC statement shall be continued accordingly.

4. This stipulation is made without prejudice to any party's rights, claims, or defenses.

//

//

//

//

//

STIPULATED REQUEST AND [PROPOSED] ORDER TO FILE
LATE OPPOSITION AND CONTINUE CMC                                                            - 2 -
Case No. 5:26-cv-00716-NW

Dated:  April 9, 2026                    Respectfully submitted,

                                         VERSO LAW GROUP LLP


                                         By: */s/ Sophy Tabandeh*
                                         Gregory S. Gilchrist
                                         Ryan Bricker
                                         Sophy Tabandeh
                                         Kourtney Speer

                                         Attorneys for Plaintiff
                                         Levi Strauss & Co.


Dated: April 9, 2026                     GISH PLLC


                                         By: */s/ Ryan Iwahashi*
                                         Ryan Iwahashi

                                         Attorney for Defendant
                                         Lambretta Licensing Ltd.


## SIGNATURE ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the other signatories, which will serve in lieu of their signatures on the document.


Dated:  April 9, 2026                    */s/ Sophy Tabandeh*
                                         Sophy Tabandeh


Good cause appearing, **IT IS SO ORDERED.**

GRANTED
Judge Noël Wise

Dated: April 14, 2026                    _____
                                         Honorable Noel Wise
                                         United States District Judge

STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO FILE
LATE OPPOSITION AND CONTINUE CMC                                          - 3 -
Case No. 5:26-cv-00716-NW